

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-16-00733-CV

Erasmo **GARCIA** and Kent W. Hicks,
Appellants

v.

David **DAVILA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014-CV-01891
Honorable Jason Wolff, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The Court has considered appellants' motion for en banc reconsideration, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court